**DISMISS; and Opinion Filed June 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00182-CV

**SANTIAGO BERUMEN, Appellant**
**V.**
**TEXAS ROOF MANAGEMENT, INC., IMPEX FORWARDING AGENCY, INC. AND FIRST REALITY DALLAS HOUSTON, LLC., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06706**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

The docketing statement and clerk's record in this case are past due. By postcard dated February 13, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated May 21, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Ken Molberg/
KEN MOLBERG
JUSTICE


190182F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SANTIAGO BERUMEN, Appellant

No. 05-19-00182-CV     V.

TEXAS ROOF MANAGEMENT, INC.,
IMPEX FORWARDING AGENCY, INC.
AND FIRST REALITY DALLAS
HOUSTON, LLC., Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-06706.
Opinion delivered by Justice Molberg.
Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees TEXAS ROOF MANAGEMENT, INC., IMPEX FORWARDING AGENCY, INC. AND FIRST REALITY DALLAS HOUSTON, LLC. recover their costs of this appeal from appellant SANTIAGO BERUMEN.

Judgment entered this 25th day of June, 2019.